UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ROGER JAMES LEE ARNOLD )
)
v. ) NO. 2:06-CV-262
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. The plaintiff has filed objections to this report. [Doc. 20].

After careful and *de novo* consideration of the record as a whole and the Report and Recommendation of the United States Magistrate Judge, [Doc. 19], and for the reasons set out in that Report and Recommendation which are incorporated by reference herein it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the motion for summary judgment filed by the plaintiff is **DENIED**, [Doc. 12], and the motion for summary judgment filed by the defendant is **GRANTED.** [Doc. 16]

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Patricia L. McNutt*
   CLERK OF COURT